IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03310-KLM

THOMAS FLANAGAN,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and (6)** [#7] (the "First Motion") and on the parties' **Stipulated Motion to Dismiss With Prejudice** [#12] (the "Second Motion").  In the Second Motion, the parties seek dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  However, under that rule, a Court order is not required to effectuate dismissal, so long as a stipulation of dismissal signed by all parties who have appeared is filed.  The Court therefore construes the Second Motion as a stipulation of dismissal.  Accordingly,

    IT IS HEREBY **ORDERED** that the First Motion [#7] is **DENIED as moot** and the Second Motion [#12] is converted to a Stipulation to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

    IT IS FURTHER **ORDERED** that the Clerk of Court shall close this case in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

    Dated:  January 27, 2015